Decided June 5, 1997

IKE'S AUTO BODY, INC. *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 903 (AC 15971), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Ann H. McCarthy*, in support of the petition.

*Paul K. Pernerewski*, assistant attorney general, in opposition.

Decided June 5, 1997